# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1469
LT Case No. 42-2024-MM-7076-A

_____

WILLIE ASTHER YOUNG,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the County Court for Marion County.
Thomas P. Thompson, III, Judge.

Matthew J. Metz, Public Defender, and Bryan Hyer, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard A.
Pallas, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

July 9, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, EDWARDS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____